UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | : | |
| ALLSTATE INDEMNITY COMPANY, | : | |
| ALLSTATE PROPERTY AND CASUALTY | : | |
| INSURANCE COMPANY, ALLSTATE FIRE AND | : | 3:12CV1262(JBA) |
| CASUALTY INSURANCE COMPANY, | : | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE | : | |
| COMPANY f/k/a DEERBROOK INSURANCE | : | |
| COMPANY, AND ALLSTATE JERSEY | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| MARC KIRSHNER, D.C., HEALTH FIRST MEDICAL | : | |
| P.C., THE PHYSICAL MEDICINE AND | : | |
| REHABILITATION CENTER, P.C. d/b/a THE MEDICAL | : | November 9, 2012 |
| CENTER, P.C., JENNIFER NETTER, D.C., | : | |
| LORELEI DAVIDSON, M.D., JENNIFER LYNNE, D.C., | : | |
| JAMES W. MARSHALL, JR., D.O., FRANCISCO | : | |
| CARBONE AND JOSEPH HADDAD, | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES OF AMERICA'S MOTION TO INTERVENE AND FOR STAY OF DISCOVERY

Pursuant to Rule 24(b)(2) of the Federal Rules of Civil Procedure, the United States of America respectfully moves for permission to intervene in this case for the limited purpose of seeking a stay of discovery pending the resolution of the criminal cases pending in this District against five of the individual defendants. For the reasons set forth in the accompanying memorandum of law, the motion to intervene and for stay of discovery should be granted. Of the parties who have made an appearance in this case, the plaintiffs and Jennifer Lynne do not object to the Government intervening and a stay being entered.

**ORAL ARGUMENT IS REQUESTED**

The Government, through plaintiffs' counsel, has yet to learn what position will be taken by Lorelei Davidson, proceeding *pro se*. Joseph Haddad, through counsel, opposes the stay, although, based on the allegations of the Complaint, may himself choose to exercise his Fifth Amendment rights against self-incrimination.

    Respectfully submitted,

    DAVID B. FEIN
    UNITED STATES ATTORNEY

    */s/Christopher W. Schmeisser*

    CHRISTOPHER W. SCHMEISSER
    ASSISTANT UNITED STATES ATTORNEY
    157 CHURCH STREET
    NEW HAVEN, CT 06510
    FEDERAL BAR NO. CT14806
    Tel.: (203) 821-3754
    Fax: (203) 773-5377
    christopher.schmeisser@usdoj.gov

**CERTIFICATION**

I hereby certify that on November 9, 2012, a copy of the foregoing United States of America's Motion to Intervene and for Stay of Discovery was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

In addition, I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on November 9, 2012 to the following:

Edward J. Gavin, Esq.
Meehan, Meehan and Gavin
76 Lyon Terrace
Bridgeport, Connecticut 06604
(Criminal Counsel for Def. Marc Kirshner)

Alexander H. Schwartz, Esq.
3695 Post Road, Suite 203
PO Box 710
Southport, CT 06890
(Criminal Counsel for Def. Jennifer Netter)

John R. Gulash, Jr., Esq.
Gulash & Riccio
359 Fairfield Ave.
Bridgeport, CT 06604
(Criminal Counsel for Def. Jennifer Lynne)

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
(Criminal Counsel for Def. James W. Marshall, Jr.)

John D. Maxwell, Esq.
Brown, Paindiris & Scott, LLP
The Old Town Hall
2252 Main Street
Glastonbury, CT 06033
(Criminal Counsel for Def. Francisco Carbone)

Lorelei Davidson, MD
9 Rogers Rd.
New Rochelle, NY 10804

*/s/Christopher W. Schmeisser*

CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY